USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ROBERTO BERAS,

                Defendant.

No. 99-CR-75 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The Court has recently received Mr. Beras's motion for compassionate release, which has now been docketed at ECF 198. The Government is directed to respond no later than December 11, 2020. In its response, the Government shall provide information in its possession regarding (1) Mr. Beras's exhaustion of administrative remedies; (2) Mr. Beras's medical conditions as referenced in the motion. Mr. Beras is also welcome to supplement the record with any relevant records in his possession.

      The Clerk of Court is directed to mail a copy of this order to Mr. Beras at the address listed in his motion.

SO ORDERED.

Dated:    December 4, 2020
             New York, New York

                                              Ronnie Abrams
                                              United States District Judge