|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 12/14/2020 |

UNITED STATES OF AMERICA

v.

ROBERTO BERAS,

                Defendant.

No. 99-CR-75 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

     A telephone conference regarding Mr. Beras's *pro se* motion for compassionate release is scheduled for Monday, December 14, 2020 at 11:15 a.m. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

     As the Court will discuss at the conference, the Court is still considering Mr. Beras's motion for compassionate release. However, the Court is making arrangements for the assignment of counsel to Mr. Beras so that he may consult with an attorney regarding the potential immigration-related consequences of any reduction of his sentence pursuant to 18 U.S.C. § 3582(c).

     The Clerk of Court is directed to mail a copy of this order to Mr. Beras at the address listed in his motion.

SO ORDERED.

Dated:    December 14, 2020
           New York, New York

                                                     Ronnie Abrams
                                                     United States District Judge