USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ROBERTO BERAS,

              Defendant.

No. 99-CR-75 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed at yesterday's telephone conference, the Court has appointed Aaron Mysliwiec as counsel to Mr. Beras for the purpose of speaking with him regarding his motion for compassionate release and determining whether he still wishes to pursue the motion in light of the possible immigration-related consequences that could follow any reduction in his sentence.

    The Clerk of Court is directed to mail a copy of this order to Mr. Beras at the address listed in his motion.

SO ORDERED.

Dated:    December 15, 2020
              New York, New York

_____
Ronnie Abrams
United States District Judge