USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ROBERTO BERAS,

                Defendant.

No. 99-CR-75 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court's previous order requested a brief response from the Government by February 22, 2021 concerning whether any violations of law or this Court's orders occurred in connection with Mr. Beras's transfer to immigration custody. *See* Dkt. 207. The Government is directed to provide such a response or to request additional time in which to respond no later than March 1, 2021.

    The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Beras at the following address: Roberto Beras, #992772, Clinton County Correctional Facility, P.O. Box 419, McElhattan, PA 17748.

SO ORDERED.

Dated:    February 25, 2021
             New York, New York

                                                Ronnie Abrams
                                                United States District Judge