USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ROBERTO BERAS,

                Defendant.

No. 99-CR-75 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Earlier today, the Court noted that the Government had not yet responded to Mr. Beras's letter dated January 14, 2021 (Dkt. 206) and directed the Government to either file a response or seek an extension no later than Monday, March 1, 2021. *See* Dkt. 210. This afternoon, however, my chambers received a phone call from a member of Mr. Beras's family, who reported a belief that Mr. Beras is scheduled to be removed from the United States on Monday. In light of this development, the Government is directed to respond no later than tomorrow.

    In addition, the Court reappoints Mr. Mysliwiec on a limited basis to once again expeditiously establish contact with Mr. Beras and, if there is any legal basis to support his request for relief, to advise the Court accordingly.

    The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Beras at the following address: Roberto Beras, #992772, Clinton County Correctional Facility, P.O. Box 419, McElhattan, PA 17748.

SO ORDERED.

Dated:    February 25, 2021
              New York, New York

                                              Ronnie Abrams
                                              United States District Judge