USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/31/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ROBERTO BERAS,

                Defendant.

No. 99-CR-75 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Defendant has filed a motion for the return of property pursuant to Fed. R. Civ. P. 41(g). *See* Dkt. 218. The Government is directed to respond on or before September 21, 2021.

SO ORDERED.

Dated:    August 31, 2021
             New York, New York

                                        Ronnie Abrams
                                        United States District Judge