| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 12/09/2021 |

UNITED STATES OF AMERICA,

v.

ROBERTO BERAS,

                Defendant.

No. 99-CR-75 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Defendant has filed a petition for a writ of coram nobis that seeks to vacate his conviction and sentence and order a new trial. *See* Dkt. 222. The Government is directed to respond on or before January 24, 2022.

SO ORDERED.

Dated:    December 9, 2021
              New York, New York

                                              Ronnie Abrams
                                              United States District Judge