UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| USDC-SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC#: | |
| DATE FILED: 06/28/2022 | |

UNITED STATES OF AMERICA,

v.

ROBERTO BERAS,

      Defendant.

No. 99-CR-75 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  On September 14, 2022, the Court directed the Government to provide an update when Defendant's passport was returned and the motion pending at Docket 218 could be terminated as moot. *See* Dkt. 221. To date the Court has not received such an update. The Government is directed to submit such an update on or before July 5, 2022.

SO ORDERED.

Dated: June 28, 2022
    New York, New York

                   Ronnie Abrams
                   United States District Judge